LAW OFFICES OF STEPHENSON,
ACQUISTO & COLMAN, INC.
MELANIE JOY STEPHENSON-LAWS, ESQ.
reception@sacfirm.com          (SBN 113755)
BARRY SULLIVAN, ESQ.           (SBN 136571)
bsullivan@sacfirm.com
RICHARD A. LOVICH, ESQ.        (SBN 113472)
rlovich@sacfirm.com
ARMINEH YOUSEFIAN, ESQ.        (SBN 285105)
ayousefian@sacfirm.com
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Telephone:  (818) 559-4477
Facsimile:   (818) 559-5484

Attorneys for Plaintiff
BARLOW RESPIRATORY HOSPITAL, a California non-profit public benefit corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARLOW RESPIRATORY HOSPITAL, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut for-profit corporation; and Does 1 through 25, Inclusive,<br><br>Defendant. | Case No.: CV14-1286-FMO (AJWx)<br><br>**ORDER GRANTING THE STIPULATED PROTECTIVE ORDER**<br><br>Assigned to the Hon. Fernando M. Olguin |

**ORDER**

Pursuant to stipulation between the parties dated May 14, 2014, it is hereby ORDERED that the Parties shall be permitted to file the Stipulated Qualified Protective order attached hereto as Exhibit A.

Dated: 5/19/2014

_____
HONORABLE ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

1