**JS−6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARLOW RESPIRATORY HOSPITAL | CASE NO: 2:14−cv−01286−FMO−AJW |
| Plaintiff(s), | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| UNITED HEALTHCARE INSURANCE CO. , et al. | |
| Defendant(s). | |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: August 11, 2014            /s/ *Fernando M. Olguin*
                                        Fernando M. Olguin
                                        United States District Judge